**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:

Jennifer Marie Wenzel,

Chapter 7 Case
Bankruptcy No. 14-60031

Debtor.

---

Erik A. Ahlgren, Trustee,

       Plaintiff,

vs.

Adv. Proc. No. 14-06013

Steven L. Johnson,

       Defendant.

---

**STIPULATION TO DISMISSAL OF ADVERSARY PROCEEDING**

---

Plaintiff, Erik A. Ahlgren, trustee in the bankruptcy estate of Jennifer Marie Wenzel and Defendant Steven L. Johnson, by and through their counsel, hereby stipulate and agree that the above entitled adversary proceeding together with all claims, cross claims and counterclaims, be dismissed with prejudice and on the merits, and without costs to any parties. Pursuant to Local Rule 9011-4(f), the parties authorize the filing of this Stipulation with electronic signatures for both parties.

Dated: December 31, 2014                            Dated: December 31, 2014

/e/ Allen W. Elleraas_____                      /e/ Erik A. Ahlgren_____

Allen W. Elleraas                                             Erik A. Ahlgren
Elleraas Law Office                                       Bankruptcy trustee
816 W St. Germain Street, Ste 300         220 W Washington Ave. Ste 105
St. Cloud  MN  56302                            Fergus Falls MN  56537
320-252-1067                                                    218-998-2775
Attorney for Defendant

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA**

In re:

Jennifer Marie Wenzel,

          Debtor.

_____

Erik A. Ahlgren, Trustee

          Plaintiff,

  vs.

Steven L. Johnson,

          Defendant.

Chapter 7 Case
Bankruptcy No. 14-60031
Adv. Proc. No.: 14-06013

**ORDER**

The above captioned matter came before the Court on the Stipulation by the Defendant and the Trustee. Based upon the Stipulation,

IT IS ORDERED:

The Stipulation for Dismissal is approved and the above adversary proceeding is dismissed with prejudice and on the merits, and without costs to any of the parties.

Dated:

_____

United States Bankruptcy Judge